WILLIAM E. KENNEDY (CSB #158214)
MARCO P. QUINTANA (CSB #237295)
LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
(408) 241-1000 phone
(408) 241-1500 fax

Attorney for Plaintiff ECHEFU SAMPSON OLUO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ECHEFU SAMPSON OLUO<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONAL CREDIT REPORTING, INC.<br><br><br><br>          Defendant. | Case No.: C06-06029 JW RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff ECHEFU SAMPSON OLUO hereby gives notice of his voluntary dismissal of the entire action with prejudice. No answer or motion for summary judgment has been filed by the defendant in this action.

DATED:  December 20, 2006          LAW OFFICE OF WILLIAM E. KENNEDY


                                                           /s/
                              By:   _____
                                    William E. Kennedy
                                    Attorney for Plaintiff  ECHEFU SAMPSON OLUO

NOTICE OF VOLUNTARY DISMISSAL

1